AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

HERMAN ALFONSO MORALES,

    Petitioner,          JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER:  **3:15-cv-00587-MMD-VPC**

BAYRNE, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is dismissed with prejudice as untimely. **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

 May 10, 2016                        **LANCE S. WILSON**
                                              Clerk

                                             /s/ K. Rusin
                                             Deputy Clerk