AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

HERMAN ALFONSO MORALES,

    Petitioner,

v.

BAYRNE, et al.,

    Respondent(s).

**Amended**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00587-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is dismissed with prejudice as untimely.
**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

May 11, 2016                                      **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ K. Rusin
                                                  Deputy Clerk